IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TYRONNE GOULD, SR.,

   Plaintiff,

     v.

METROPOLITAN ATLANTA
RAPID TRANSIT AUTHORITY
(MARTA),

   Defendant.

CIVIL ACTION FILE
NO. 1:09-CV-2940-TWT

ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 33] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 29]  The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 29] is GRANTED.

SO ORDERED, this 28 day of June, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\Gould\msj.wpd